April 29, 1977

Tomlinson v Judicial Tenure Commission. (Docket No. 58973.) Petitioner's in pro per pleadings, in light of GCR 1963, 932.2(b), are treated as a complaint for superintending control. The complaint, supporting documents, and the response of the Judicial Tenure Commission, have been considered. The Court has not found an abuse of discretion by the Commission in this case, and the complaint, therefore, is denied. Donald Tomlinson, *in propria persona,* petitioner.

*Brian J. McMahon,* Executive Director and General Counsel, and *Thomas L. Prowse,* Staff Attorney, for respondent Judicial Tenure Commission.